617 A.2d 1214

STATE OF NEW JERSEY v. BART LAWRENCE THOMAS.

October 13, 1992.

## ORDER

This matter having come before the Court on the State's appeal as of right;

And the Court having been informed that defendant is now deceased, thereby rendering the judgment below moot;

And good cause appearing;

It is ORDERED that the appeal is dismissed. *See*, 245 *N.J.Super.* 428, 586 *A.*2d 250 (1991).